1069185

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
SEP 21 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ADAM WHITE
DOB 1965
Pawtucket, Rhode Island

## WARRANT FOR ARREST

CASE NUMBER: 1:05M120A

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
SEP 28 2005
Property of U.S. District Court
District of Rhode Island

YOU ARE HEREBY COMMANDED to arrest Adam White
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Possesstion with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(A)

| | |
|---|---|
| LINCOLN D. ALMOND | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 9/21/05 Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/21/2005 | Charles Wyant SDUSM | [signature] |
| DATE OF ARREST 09/21/2005 | | |