AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 1:05-MJ-00120 LDA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Adam White

10/5/05
*Date*

*Signature*

Benjamin A. Mesiti
*Print Name*

454 Broadway
*Address*

Providence RI 02909
*City* *State* *Zip Code*

401-751-3900
*Phone Number*